COPY

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| RANDY HEYDEN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 3:15-cv-00226 | |
| TAMMY W. CARNEVALE;<br>QUARTZSITE JUSTICE COURT OF THE STATE<br>OF ARIZONA, COUNTY OF LA PAZ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TAMMY W. CARNEVALE;
QUARTZSITE JUSTICE COURT OF THE STATE OF ARIZONA, COUNTY OF LA PAZ
555 N. Plymouth, Quartzsite, Arizona. 85346

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RANDY HEYDEN
276 KINGSBURY SQ. Ste. 104
PO BOX 3600
STATELINE, NEVADA  89449

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/23/2015                                              _____
                                                             *Signature of Clerk or Deputy Clerk*