UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF ARIZONA,<br><br>　　　　　　　Plaintiff,<br>v.<br>RANDY HEYDEN,<br><br>　　　　　　　Defendant. | Case No. 3:15-cv-00226-MMD-WGC<br><br>ORDER |

Defendant removed this case from the Quartzsite Justice Court of the State of Arizona in and for La Paz County. (Dkt. no. 1.) Defendant alleges that Tammy Carnevale and the Quartzsite Justice Court violated federal and state debt collection laws after Defendant was cited for a traffic violation in Arizona. (*See* dkt. no. 1-1.)

Defendant's removal is improper. Defendant should have removed this case to the United States District Court for the District of Arizona. *See* 28 U.S.C. § 1441(a) (civil actions over which a district court would have original jurisdiction "may be removed . . . to the district court of the United States for the district and division embracing the place where such action is pending"). It is therefore ordered that this case is dismissed.

DATED THIS 29th day of April 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE