Randy Heyden
PO Box 3600
Stateline, Nevada 89449
Phone 707-486-4486
rjrand88@gmail.com



# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Randy  Heyden | )Case No.: 3;15-CV-00226 |
| Plaintiff, | )Date Filed: 4-23-2015 |
| | )NOTICE OF MOTION AND |
| vs. | ) MOTION FOR RECONSIDERATION |
| | )OF ORDER DISMISSING CASE AND |
| TAMMY W. CARNEVALE; QUARTZSITE | )TO CORRECT THE RECORD. |
| JUSTICE COURT OF THE STATE OF | ) |
| ARIZONA, COUNTY OF LA PAZ, | )Hearing date: |
| | ) |
| Defendant, | ) |

TO ALL PARTIES AND ATTORNEY'S OF RECORD:

STATEMENT OF FACTS

1. On April 23, 2015 Plaintiff, Randy Heyden, filed into United States District Court in the

   District of Nevada (Reno), a Complaint for violations of the FDCPA, and a related

   Removal of the Charging Instruments relating to this case. (Dkt. No. 1).

2. The Summons was issued correctly (Dkt. No. 2).

3. On April 29, 2015 an Order Dismissing Case signed by Judge Miranda M. Du stating that

   the Removal was improver. (Dkt. No. 3). **Plaintiff, Randy Heyden. requests**

   **Reconsideration of this Order.**

4. Upon entry into the Court system, an error occurred. The Complaint and Removal were combined and input into improper order. Plaintiff, Randy Heyden. was somehow input as the Defendant and the Defendant(s) TAMMY W. CARNEVALE AND QUARTZSITE JUSTICE COURT OF THE STATE OF ARIZONA, COUNTY OF LA PAZ, were entered into the system as Arizona, State of as Plaintiff.

5. Plaintiff, Randy Heyden, **does not object to the removal** being dismissed as to jurisdiction. Plaintiff Randy Heyden **does object to the Order of Dismissal of the Complaint** for a valid FDCPA complaint.

6. Plaintiff, Randy Heyden, hereby requests for reconsideration of the Order of the Dismissal of the Complaint, and requests reinstatement so he may proceed with his case.

7. Plaintiff, Randy Heyden, hereby requests the Court Order the correction in the Court System and the Docket to state as follows:

**Plaintiff**
Randy Heyden
vs.
**Defendant(s)**
Tammy Carnevale, an Individual
QUARTZSITE JUSTICE COURT OF THE STATE OF ARIZONA, COUNTY OF LA PAZ


DATE: July 31, 2015

Respectfully submitted by,

Randy Heyden,
plaintiff in pro se

Randy  Heyden
PO Box 3600
Stateline, Nevada 89449
Phone 707-486-4486
rjrand88@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

Randy  Heyden

        Plaintiff,

  vs.

TAMMY W. CARNEVALE; QUARTZSITE
JUSTICE COURT OF THE STATE OF
ARIZONA, COUNTY OF LA PAZ.

        Defendants.

)  Case No.: 3;15-CV-00226
)  Date Filed: 4-23-2015
)
)
)  PROPOSED] ORDER FOR
) RECONSIDERATION OF
) DISMISSAL OF COMPLAINT
)
)
)
)
)

Plaintiff, Randy Heyden, has requested reconsideration of Order for Dismissal of Complaint and to correct the Courts system records. Upon good cause shown:

**IT IS SO ORDERED,**

1. That the Order issued on April 29, 2015  Dismissing the Case is to be modified and that the original Complaint for violations of FDCPA be reinstated.

2. The Court Order the clerk to make the following correction in the Court System and the Docket to state as follows:

---

ORDER FOR RECONSIDERATION OF DISMISSAL ORDER              Page 1

**Plaintiff**

Randy Heyden

Vs.

**Defendant(s)**

Tammy Carnevale, an Individual

QUARTZSITE JUSTICE COURT OF THE STATE OF ARIZONA, COUNTY OF LA PAZ

DATE: _____          _____

                                    Judge
                                    United States District Judge

## PROOF OF SERVICE

The undersigned declares as follows:

I am a resident of the County of Sonoma, State of California, and at the time of service   I was over 18 years of age and not a party to this action.

My business address is 150 Raley Town Center Ste 2512, Rohnert Park, CA 94928.

On below date, I served the following document (s) described as:

### *MOTION FOR RECONSIDERATION OF ORDER TO DISMISS*

I served the documents on the persons below, as follows:

TAMMY W. CARNEVALE, Individually &
QUARTZSITE JUSTICE COURT
555 N. PLYMOUTH, PO BOX 580
QUARTSITE, AZ 85346-0580
**FAX 928-927-4842**


__x___   **(BY FAX)** I caused said document to be faxed to the addressee(s) and then placed in the United States Mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 31, 2015, at Rohnert Park, California.


RONALD CUPP

(Type or Print Name of Declarant)                .          (Signature of Declarant)


RONALD CUPP
150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928